JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAZAM ENTERTAINMENT, LTD., <br><br> Plaintiff, <br><br> v. <br><br> VADIO, INC., <br><br> Defendant. | Case No. 2:17-cv-01524-DSF (SKx) <br><br> **[PROPOSED] FINAL JUDGMENT PURSUANT TO STIPULATION** |

| | |
|---|---|
| 1 | Pursuant to a stipulation between the parties herein, Plaintiff Shazam |
| 2 | Entertainment Limited ("Shazam") and Defendant Vadio, Inc. ("Vadio") have |
| 3 | agreed to resolve this action and all issues raised by the Complaint without further |
| 4 | litigation.  Accordingly, Shazam and Vadio have further stipulated that this Final |
| 5 | Judgment Pursuant to Stipulation (hereinafter "Final Judgment") may be entered |
| 6 | without taking any evidence, and without the trial or adjudication of any issue of |
| 7 | law or fact.  The parties have waived their right of appeal and have approved this |
| 8 | Final Judgment as to form and content. |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment shall be and hereby is ordered and entered in favor of Shazam against Vadio in the amount of $250,000, together with post-judgment interest at the legal rate in effect on the date of the entry of judgment pursuant to 28 U.S.C. § 1961.

2. Each party to bear its own attorneys' fees and costs incurred in connection with this action.

3. The Court shall retain jurisdiction over this action for the purpose of enforcing this Judgment.

**IT IS SO ORDERED**.

9/8/17

_____
Hon. Dale S. Fischer
United States District Judge

NYACTIVE-15893379.1

-1-

STIPULATED JUDGMENT;
CASE NO. 2:17-cv-01524 - DSF (SKX)